**Fill in this information to identify the case:**

Debtor 1     Renee Michelle Gadson
Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the    Northern         District of    Florida
                                                                          (State)

Case number    19-40274-KKS

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SEA1

**Court claim No. (if known):**   4

**Last 4 digits** of any number you use to identify the debtor's account:    7843

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan review | 05/22/2019 | (11) $ 250.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

| Debtor 1 | Renee Michelle Gadson | Case Number *(if known)* | 19-40274-KKS |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ *Wanda D. Murray*
    Signature

Date **August 1, 2019**

Print: Wanda D. Murray
       First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E. Suite 500
         Number   Street

Atlanta   GA   30305
City   State   Zip Code

Contact phone (404)-994-7400

Email WMurray@aldridgepite.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically or via U.S. Mail, first-class postage prepaid, to:

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**
Renee Michelle Gadson
215 Ponce De Leon Blvd.
Tallahassee, FL 32305

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**
Scott T. Manion
Legal Services of North Fla., Inc.
2119 Delta Blvd.
Tallahassee, FL 32303
scott@lsnf.org

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**
Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302
ldhdock@earthlink.net

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**
United States Trustee
110 E. Park Avenue Suite 128
Tallahassee, FL 32301
USTPRegion21.TL.ECF@usdoj.gov

Dated: August 5, 2019

/s/ *Wanda D. Murray*
Wanda D. Murray, FL Bar No. 566381
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (858) 731-0449
Fax: (619) 326-2430
Email: WMurray@aldridgepite.com

PROOF OF SERVICE